# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Armani Ryan Purandah,<br><br>　　　　　Defendant. | No.　　CR-24-00927-001-TUC-AMM (MSA)<br><br>**ORDER** |

　　　　On August 6, 2025, Magistrate Judge Maria S. Aguilera issued a Report and Recommendation ("R&R") recommending this Court deny Defendant Armani Ryan Purandah's Motion to Dismiss Due to Outrageous Governmental Conduct. (Doc. 304.) Judge Aguilera notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 9.) Neither party filed an objection, and the time to do so has now passed.

　　　　A district court must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

　　　　The Court has reviewed Judge Aguilera's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED.** (Doc. 304.)

**IT IS FURTHER ORDERED** that Defendant Purandah's Motion to Dismiss Due to Outrageous Governmental Conduct is **DENIED**. (Doc. 281.)

Dated this 21st day of August, 2025.

_____
Honorable Angela M. Martinez
United States District Judge